UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SHEILA McCULLUM, INDIVIDUALLY AND AS ADMINISTRATRIX OF ESTATE OF TIMOTHY HUGHES, | : : : : |
| Plaintiff, | : Case No. 1:08-cv-00387 |
| v. | : Judge Timothy S. Black |
| BUTLER COUNTY, OHIO, *et al.*, | : : |
| Defendants. | : |

### ENTRY DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANTS, BUTLER COUNTY SHERIFF RICHARD K. JONES, SGT. THERESA DIETZ AND DR. WILLIAM ROGERS, ALL IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES

Under Civ. R. 41(a)(2), Plaintiff Sheila McCullum, individually and as Administratrix of the Estate of Timothy Hughes, with the consent of these Defendants, hereby moves the Court to dismiss all claims brought against Defendants, ***Butler County Sheriff Richard K. Jones, Sgt. Theresa Dietz and Dr. William Rogers***, all in their individual and official capacities, with prejudice. This Entry does not dismiss any claims against Defendants Leah Johnson, Community Behavioral Health, Inc., Resolutions Community Solutions, Inc. and Kenneth Tepe, M.D.

*[signature]*
Judge Timothy S. Black
U.S. District Court

432171