IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHEILA McCULLUM,                               Case Number: 1:08-cv-387
*Individually and as Administratrix*
*of the Estate of Timothy Hughes*,              Judge Timothy S. Black

      Plaintiff

    vs.

BUTLER COUNTY, OHIO, *et al.,*

      Defendants.

### CONDITIONAL ORDER OF DISMISSAL

      The Court having been advised that this civil action settled in the presence of the United States Magistrate Judge;

      It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

      The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

      **IT IS SO ORDERED**.


                            *s/ Timothy S. Black*
                            Timothy S. Black
                            United States District Judge